IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 8:15CR14 |
| ) | |
| v. ) | |
| ) | **FINDING AND RECOMMENDATION** |
| ROLANDO LORENZO-NICOLAS, ) | |
| ) | |
| Defendant. ) | |

This case is before the court on the defendant's Motion to Suppress Evidence (#14). The USA Brief in Response to Defendant's Motion to Suppress (#18), states that the government will not use either the statement made by the defendant or the passport as evidence in this case. Therefore,

**IT IS THE FINDING AND RECOMMENDATION** to the Honorable Joseph F. Bataillon, Senior United States District Judge, that the Motion to Suppress Evidence (#14) be granted.

Dated this 23rd day of March 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge