IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ROLANDO LORENZO-NICOLAS,<br><br>　　　　　　　　　Defendant. | **8:15CR14**<br><br>**ORDER** |

Before the Court is the Finding and Recommendation ("F&R") of United States Magistrate Judge F.A. Gossett, III, Filing No. 19.  In their Brief, Filing No. 18, the United States indicates that it will not use either the statement made by the defendant or the passport as evidence in this case and that the USA is not resisting the defendant's motion. Pursuant to NECrimR 59.2 and 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the record and adopts the F&R in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

1. The F&R, Filing No. 19, is adopted in its entirety; and

2.  The defendant's motion to suppress, Filing No. 14, is granted.

Dated this 24th day of March, 2015

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Senior United States District Judge